CHARLES HAYMAN, Appellant, *v.* GEORGE M. JONES and others, Respondents.

*Chattel mortgage — omission to file.*

The statute does not render a chattel mortgage absolutely void for the omission to file it, but simply declares it void as to judgment creditors and subsequent purchasers in good faith. As to other persons it is valid without filing. (3 R S. [5th ed.], 223, § 11; *Ely* v. *Nash*, 19 Wend., 523; *Thompson* v. *Van Vechten*, 27 N. Y., 568, 582; *Porter* v. *Parmley*, 52 id., 185.)

APPEAL from a judgment entered on the report of a referee.

*Albert Cardozo*, for the appellant.   *W. T. B. Milliken*, for the respondent Jones.  *Stillwell & Swain*, for other defendants.

Opinion by DANIELS, J.   DAVIS, P. J., and BRADY, J., concurred.

Judgment reversed and new trial ordered, costs to abide event.